**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: DASIA DOBBINS

        Plaintiff,

v.

ALLIANT CREDIT UNION FOUNDATION, MARIANNA SPIZZIRRI, and JAEL CACUCCIOLO

        Defendants.

Case Number: 23-cv-16101

ASSIGNED JUDGE: Honorable Rebecca R. Pallmeyer

DESIGNATED MAGISTRATE JUDGE: Honorable Jeffrey T. Gillbert

An appearance is hereby filed by the undersigned as attorney for:
Alliant Credit Union Foundation, Marianna Spizzirri, and Jael Cacucciolo

Attorney name (type or print): Margo Wolf O'Donnell

Firm: Benesch, Friedlander, Coplan & Aronoff, LLP

Street address: 71 South Wacker Drive, Suite 1600

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6225758
(See item 3 in instructions)

Telephone Number: 312.212.4982

Email Address: modonnell@beneschlaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 01/09/2024

Attorney signature:   S/ Margo Wolf O'Donnell
                     (Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023