# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DASIA DOBBINS )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ALLIANT CREDIT UNION )<br>FOUNDATION, MARIANNA SPIZZIRRI, )<br>AND JAEL CACUCCIOLO, )<br>)<br>)<br>    Defendants. ) | Case No. 1:23-cv-16101<br><br>Chief Judge Rebecca R. Pallmeyer |

## ALLIANT CREDIT UNION FOUNDATION'S
## NOTIFICATION AS TO AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Alliant Credit Union Foundation, by and through its undersigned counsel, hereby states that Alliant Credit Union Foundation is an Illinois not-for-profit corporation. Alliant Credit Union Foundation has no parent corporation, and no publicly held entity or individual owns 5% or more of Alliant Credit Union Foundation.

Dated: January 9, 2024

Respectfully submitted,

/s/ *Margo Wolf O'Donnell*
Margo Wolf O'Donnell
Jordan Call
Danielle A. Maldonado
**BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 6900
Chicago, IL 60606
Telephone: 312.212.4982
modonnell@beneschlaw.com
jcall@beneschlaw.com
dmaldonado@beneschlaw.com
*Attorneys for Alliant Credit Union Foundation*

## CERTIFICATE OF SERVICE

I, Margo Wolf O'Donnell, certify that on January 9, 2024, a true and correct copy of *Defendant Alliant Credit Union Foundation's Notification as to Affiliates* was served electronically through the Northern District of Illinois CM/ECF electronic filing on all counsels of record:

Tod Rottman Jr.
Barret & Farahany
77 W. Wacker Dr.
Chicago, IL 60602
trottman@justiceatwork.com

*Attorneys for Plaintiff*

/s/   Margo Wolf O'Donnell