UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DASIA DOBBINS ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:23-cv-16101 |
| v. ) | |
| ) | Chief Judge Rebecca R. Pallmeyer |
| ALLIANT CREDIT UNION ) | |
| FOUNDATION, MARIANNA SPIZZIRRI, ) | |
| AND JAEL CACUCCIOLO, ) | |
| ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants Alliant Credit Union Foundation, Marianna Spizzirri, and Jael Cacucciolo (collectively, "Defendants") respectfully request an extension of time, up to and including February 12, 2024, to answer or otherwise respond to the Complaint filed in this matter by Plaintiff Dasia Dobbins ("Plaintiff"). In support of this motion, Defendants state as follows:

1. On November 17, 2023, Plaintiff filed the Complaint in this matter. (Dkt. 1)

2. On December 21, 2023, Plaintiff served each of the Defendants with a Summons and copy of the Complaint, rendering Defendants' responsive pleadings due on or before January 11, 2024. (Dkt. 4)

3. Defendants recently retained counsel in this matter and require additional time to investigate both the factual and legal issues concerning this matter and to prepare a response to the Complaint.

4.	Accordingly, counsel for Defendants contacted counsel for Plaintiff on January 4, 2024, seeking a thirty-day extension for Defendants to answer or otherwise respond to the Complaint. Plaintiff is agreeable and does not oppose Defendants' request.

5.	Defendants have not previously requested an extension of time to answer or otherwise respond, and this request is not made for the purpose of delay.

WHEREFORE, Defendants respectfully request the Court enter an Order granting an extension of time until February 12, 2024 for Defendants to answer or otherwise respond to the Complaint filed in this matter.

Dated: January 9, 2024	Respectfully submitted,

/s/ *Margo Wolf O'Donnell*
Margo Wolf O'Donnell
Jordan Call
Danielle A. Maldonado
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 6900
Chicago, IL 60606
Telephone:  312.212.4982
modonnell@beneschlaw.com
jcall@beneschlaw.com
dmaldonado@beneschlaw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I, Margo Wolf O'Donnell, certify that on January 9, 2024, a true and correct copy of *Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise Respond to the Complaint* was served electronically through the Northern District of Illinois CM/ECF electronic filing on all counsels of record:

Tod Rottman Jr.
Barret & Farahany
77 W. Wacker Dr.
Chicago, IL 60602
trottman@justiceatwork.com

*Attorneys for Plaintiff*

                                                                 *s/ Margo Wolf O'Donnell*